IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WADIE D. CRAWFORD                                              PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:07cv683 TSL-JCS

G.V. SONNY MONTGOMERY VA
MEDICAL CENTER, et al.                                         DEFENDANTS

## O R D E R

This cause is before the court sua sponte for consideration of dismissal of this action for failure of plaintiff to prosecute. A review of the court docket reflects that the complaint was filed on November 20, 2007. An order to show cause was issued on July 8, 2008, and as of this date, no process has been served upon the defendant. More than 120 days have elapsed since the filing of the case.

IT IS, THEREORE, ORDERED that the above styled and numbered cause be, and the same is hereby dismissed without prejudice for failure of plaintiff to prosecute.

IT IS SO ORDERED, this the 28th day of July, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE